IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HEATHER LEE HESS, | § |
| | § |
| v. | §    CIVIL CASE NO. 1:25-CV-1-DII |
| | § |
| HOME DEPOT, U.S.A., INC. AND | § |
| GATEKEEPER SYSTEMS, INC., | § |

## ORDER

BE IT REMEMBERED on this the 28th day of May, 2025, there was presented to the Court the Joint Stipulation of Dismissal Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Joint Stipulation of Dismissal is GRANTED.

IT IS FURTHER ORDERED that this dismissal is without prejudice to refiling against the Defendants.

SIGNED this the 28th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE